IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01141-REB-BNB

ZOE MYERSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Stipulated Motion to Vacate June 29, 2005 Order** (the "Motion"), filed on August 17, 2005.

　　　IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for August 31, 2005, is **VACATED**.

DATED:  August 17, 2005